IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Robert Louis Garrett, Jr., <br><br> Plaintiff <br><br> v. <br><br> Chad Binkley; Unknown Officers, <br><br> Defendants. | C/A. No. 0:18-1416-CMC-PJG <br><br><br> Order |

This matter is before the court on Plaintiff's motion for extension of time to file objections to the Report and Recommendation (ECF No. 56) recommending Plaintiff's motion for preliminary injunction be denied. ECF No. 65. Plaintiff requests a seven to fourteen day extension in which to file his objections.

Plaintiff's motion for extension is granted, and he shall have until January 18, 2019 to file his objections to the Report.

**IT IS SO ORDERED.**

s/Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
Senior United States District Judge

Columbia, South Carolina
January 3, 2019