IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Robert Louis Garrett, Jr., | ) | C/A No. 0:18-1416-CMC-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Chad Binkley; Charles M. Williams, Jr.; Kevin D. Cross, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff filed this civil action in May 2018. This matter is before the court pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.). On July 20, 2020, the court granted Defendants' Cross and Williams's third motion for an extension of the deadline for filing dispositive motions until August 5, 2020. (ECF No. 252.) As of the date of this order, no party has filed a potentially dispositive motion regarding the merits of these claims. The parties are directed to inform the court in writing of the status of this case on or before **September 11, 2020** and advise the court as to whether the case is ready for trial. If any party intends to seek leave for an extension in which to file a dispositive motion after the expiration of the court's deadline as ordered, it must establish the requisite showings in accordance with the applicable Federal Rules of Civil Procedure and the Local Civil Rules of this court.

   **IT IS SO ORDERED.**

September 4, 2020                    Paige J. Gossett
Columbia, South Carolina             UNITED STATES MAGISTRATE JUDGE